# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**MICHAEL ESTRADA,**

    **Plaintiff,**

v.                                 Case No. 1:23-CV-04741-WMR

**CHEDDAR'S CASUAL CAFÉ, INC.**
a Foreign Profit Corporation, d/b/a
**Cheddar's Scratch Kitchen,**

    **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Michael Estrada ("Plaintiff"), through Plaintiff's undersigned counsel, and Defendant, Cheddar's Casual Café, Inc., d/b/a Cheddar's Scratch Kitchen ("Defendant") (collectively, the "Parties"), through Defendant's undersigned counsel, hereby file this Joint Notice of Settlement.

The Parties have reached a settlement in principle of Plaintiff's claims and are in the process of preparing the settlement documents. The Parties anticipate submitting all required dismissal documents to the Court shortly and respectfully request that the Court administratively close this case for thirty (30) days to enable finalization of all documents required for approval.

Respectfully submitted, this 7th day of December, 2023.

1

**BAKER & HOSTETLER LLP**

*/s/ Georgia L. Bennett*

Georgia L. Bennett
Georgia Bar No. 495910
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: 404.946.9814
Facsimile: 404.459.5734
gbennett@bakerlaw.com

*Attorney for Defendant,
Cheddar's Casual Cafe*

**MATTHEW N. POPE, P.C.**

*/s/ Matthew N. Pope\**

Matthew N. Pope
*\*Signed with express permission*
Georgia Bar No. 584216
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Telephone: 706.324.2521
matt@mpopelaw.com

*Attorney for Plaintiff Michael Estrada*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

*/s/ Georgia L. Bennett*

Georgia L. Bennett
Georgia Bar No. 495910

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a true and correct copy of the foregoing document was served via ECF on all counsel of record:

/s/ *Georgia L. Bennett*

Georgia L. Bennett
Georgia Bar No. 495910