IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL ESTRADA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CHEDDAR'S CASUAL CAFÉ,<br>INC. a Foreign Profit Corporation,<br>d/b/a Cheddar's Scratch Kitchen,**<br><br>  Defendant | CIVIL ACTION FILE<br>NO. 1:23-CV-04741-WMR |

## ORDER

Parties have filed a Notice of Settlement [Doc 9]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 7th day of December, 2023.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.